**Beverly A. RIDDLE, Plantiff–Appellant,**

v.

**Liz CLAIBORNE, Kelly Robson, Shelley O'Connell, Katherine Hudson, Defendants–Appellees.**

**No. 06–5848–cv.**

United States Court of Appeals, Second Circuit.

March 21, 2008.

Beverly A. Riddle, pro se, New York, N.Y., for Appellant.

Francis V. Cook (Jonathan Meyers, on the brief) Fox Rothschild LLP, Lawrenceville, N.J., for Appellee.

PRESENT: Hon. JOHN M. WALKER, JR., Hon. GUIDO CALABRESI, Hon. BARRINGTON D. PARKER, Circuit Judges.

### SUMMARY ORDER

Plaintiff–Appellant Beverley Riddle appeals an October 31, 2006 judgment of the United States District Court for the Southern District of New York (Scheindlin, *J.*), which dismissed her claims against Defendants–Appellees Liz Claiborne, Inc. ("LCI"), and several LCI employees. We assume the parties' familiarity with the facts of the case, its procedural history, and the scope of the issues on appeal.

We affirm the award of summary judgment, substantially for the reasons given in the thorough opinion of Judge Scheindlin.

The judgment of the district court is **AFFIRMED.** Defendants–Appellees' motion for the costs of preparing the supplemental appendix is **DENIED.**